# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DOMINIK GARZA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No. 2:21-cv-01591 DMG (RAO)<br><br>**[PROPOSED]** ORDER RE STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: June 1, 2021

　　　　　　　　　　　　　　　　　*Rozella A. Oliver*
　　　　　　　　　　　　　　　　ROZELLA A. OLIVER
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE