Peter L. Carr, IV, State Bar No. 256104
Na'Shaun L. Neal, State Bar No. 284280
Lauren K. McRae, State Bar No. 331296
**PLC LAW GROUP, APC**
3756 Santa Rosalia Drive, Suite 326
Los Angeles, CA 90008
Tel:   310.400.5890
Fax:   310.400.5895
Attorneys for Plaintiff,
DOMINIK GARZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIK GARZA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No: 2:21-cv-01591-DMG-RAO<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION** |

　　　Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff DOMINIK GARZA and Defendant COUNTY OF LOS ANGELES, through their respective attorneys of record, as follows:

　　　1.　　That the above-entitled matter, shall be dismissed in its entirety, with prejudice as against all Defendants including their past, present, and future

officers, supervisors, directors, attorneys, employees, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be affiliated.

    2.    That each party will bear his, or its own costs;

    3.    That each party will waive all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law; and

    4.    This dismissal does not constitute an adjudication on the merits.

Dated: August 23, 2021    **PLC LAW GROUP, APC**

By:   */s/ Lauren K. McRae*[1]
    Peter L. Carr, IV
    Na'Shaun L. Neal
    Lauren K. McRae
    Attorneys for Plaintiff Dominik Garza

Dated: August 23, 2021    **JOYNT LAW**

    */s/ Karen Joynt*
By: _____
    Karen Joynt
    Attorney for Defendant County of Los Angeles

---

[1] As the filer of this Stipulation, I attest that all parties concur in the content of the Stipulation and have authorized its filing.