UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 21-1591-DMG (RAOx) | Date | August 24, 2021 |

| | |
|---|---|
| Title | *Dominik Garza v. County of Los Angeles* |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation to dismiss filed on August 23, 2021 [Doc. # 20], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.